UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re BRENDA MURPHY SUBPOENA | Cause No. MC21-0043RSL |
| ------------------------------------------------------ | |
| JONATHAN BERALL, M.D., M.P.H., | ORDER |
| Plaintiff, | |
| v. | |
| VERATHON INC., *et al.*, | |
| Defendants. | |

On April 1, 2021, Verathon Inc. filed a motion for protective order and to quash subpoenas issued to third-party Brenda Murphy. The plaintiff in the underlying matter, Jonathan Berall, filed a motion to transfer and a motion to stay, requests that Verathon has now opposed. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 14th day of April, 2021.

Robert S. Lasnik
United States District Judge

ORDER - 1